IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROL AMOS,

    Plaintiff,                              CIV S-06-2356 KJM

    vs.

JO ANNE B. BARNHART,                  ORDER TO SHOW CAUSE
Commissioner of Social Security,

    Defendant.
_____/

        On October 25, 2006 a complaint was filed. The complaint indicates plaintiff is proceeding in propria persona but both the body of the complaint and the signature line indicate plaintiff is represented by counsel. The complaint is also dated September 13, 2005.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within ten days plaintiff shall, in writing, explain the discrepancies in the complaint and state whether plaintiff is in fact proceeding in forma pauperis.

        2. The Clerk of Court shall serve a courtesy copy of this order on Robert Kolber, 4521 Quail Lakes Drive, Stockton, CA 95207.

DATED: October 30, 2006

                                                  U.S. MAGISTRATE JUDGE

006/amos.osc

1