IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROL AMOS,

        Plaintiff,                          CIV S-06-2356 KJM

    vs.

JO ANNE B. BARNHART,                  <u>ORDER</u>
Commissioner of Social Security

        Defendant.

_____/

        Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  The application filed by plaintiff indicates that plaintiff is presently employed but does not state the amount of take-home pay or the name and address of the employer.  Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Plaintiff shall submit, within twenty days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply

1

1  with this order will result in a recommendation that this action be dismissed; and

2      2. The Clerk of the Court is directed to send plaintiff a new Application to

3  Proceed In Forma Pauperis.

4  DATED: December 1, 2006.

                                    U.S. MAGISTRATE JUDGE

6  006
amos.inc

2