IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROL AMOS,

      Plaintiff,                     No. CIV S-06-2356 KJM PS

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,     ORDER AND

      Defendant.                FINDINGS & RECOMMENDATIONS

_____/

        By order filed February 23, 2007, plaintiff was ordered to within fifteen days submit to the United States Marshal a completed summons and copies of the complaint and to file a statement with the court that said documents had been submitted to the United States Marshal. That time has now expired, and plaintiff has failed to file the requisite statement and there is no evidence in the file that defendant has properly been served with summons.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a District Judge to this action; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

/////

1

1       These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
3 after being served with these findings and recommendations, plaintiff may file written objections
4 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
5 and Recommendations."  Plaintiff is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7 F.2d 1153 (9th Cir. 1991).

8 DATED: May 29, 2007.

                                                                   U.S. MAGISTRATE JUDGE

006
amos.ftc