1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROL AMOS,

       Plaintiff,                     No. CIV S-06-2356 FCD KJM PS

       vs.

MICHAEL J. ASTRUE,                <u>ORDER</u>
Commissioner of Social Security,

       Defendant.
_____/

       On May 30, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Objections were filed on June 8, 2007; the undersigned has considered the objections and has determined there is no need to modify the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

1   Accordingly, IT IS ORDERED that:

2   1. The findings and recommendations filed May 30, 2007, are adopted; and

3   2. This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.

4   Civ. P. 41(b).

5   DATED: June 14, 2007.

```
                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE
```